UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:10-CR-00071-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHNNIE JACOB BRIMMER, JR. | ORDER TO SEAL |

On motion of the Defendant, JOHNNIE JACOB BRIMMER, JR., and for good cause shown, it is hereby ORDERED that DE 205 be sealed until further notice by this Court.

IT IS SO ORDERED.

This the 18th day of March, 2019.

_____
The Honorable Louise W. Flanagan
United States District Court Judge

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was served upon:

ROBIN PENDERGRAFT
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461
robin.pendergraft@usdoj.gov

JANE JACKSON
Assistant United States Attorney
Suite 800, Federal Building
310 New Bern Avenue
Raleigh, NC 27601-14461
Jane.jacklson@usdoj.gov

By email on March 1, 2019.

                                              G. ALAN DUBOIS
                                              Federal Public Defender

                                              ROBERT E. WATERS
                                              Attorney for Defendant
                                              Office of the Federal Public Defender
                                              150 Fayetteville Street, Suite 450
                                              Raleigh, North Carolina 27601
                                              Telephone: 919-856-4236
                                              Fax: 919-856-4477
                                              Email:  Robert_Waters@fd.org
                                              N.C. State Bar No. 32985
                                              LR 57.1 Counsel Appointed